```
 1
 2
 3
 4
 5
 6
 7
 8                            UNITED STATES DISTRICT COURT
 9                           EASTERN DISTRICT OF CALIFORNIA
10
11  SEAN PATRICK SOLOMON; KAREN J.    )  Case No. 2:10-CV-00257 JAM-KJM
    SOLOMON,                          )
12                                    )
                Plaintiffs,           )
13                                    )
         v.                           )
14                                    )
    E-LOAN, INC.; MORTGAGE            )
15  ELECTRONIC REGISTRATION SYSTEMS,  )
    INC.; LENDERS FIRST CHOICE        )
16  TRUSTEE1; WELLS FARGO BANK,       )
    N.A.; WELLS FARGO HOME MORTGAGE;  )  RELATED CASE ORDER
17  DOES 1-XX, inclusive,             )
                                      )
18              Defendants.           )
                                      )
19  SEAN PATRICK SOLOMON; KAREN J.    )
    SOLOMON,                          )
20                                    )
                Plaintiffs,           )  Case No. 2:10-CV-02565 MCE-KJM
21                                    )
         v.                           )
22                                    )
    E-L0AN, INC.; MORTGAGE            )
23  ELECTRONIC REGISTRATION SYSTEMS,  )
    INC.; LENDERS FIRST CHOICE        )
24  TRUSTEE1; WELLS FARGO BANK,       )
    N.A.; WELLS FARGO HOME MORTGAGE;  )
25  CAL-WESTERN RECONVEYANCE          )
    CORPORATION; LSI TITLE COMPANY;   )
26  MARCO MARQUESZ; JOHN KENNERTY;    )
    DOES 1-XX, inclusive,             )
27                                    )
                Defendants.           )
28
                                     1
```

1  Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005).  Accordingly, the assignment of the matters to the same
4 judge and magistrate judge is likely to affect a substantial
5 savings of judicial effort and is also likely to be convenient for
6 the parties.
7  The parties should be aware that relating the cases under
8 Local Rule 123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13  IT IS THEREFORE ORDERED that the action denominated 2:10-CV-
14 02565-MCE-KJM be reassigned to Judge John A. Mendez and Magistrate
15 Judge Kimberly J. Mueller for all further proceedings, and any
16 dates currently set in this reassigned case _only_ are hereby
17 VACATED.  Henceforth, the caption on documents filed in the
18 reassigned cases shall be shown as 2:10-CV-02565-JAM-KJM.
19  IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22  IT IS SO ORDERED.

Dated:   September 27, 2010.         /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge

2