1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SEAN PATRICK SOLOMON and KAREN J.          Case No.  2:10-cv-02565-KJM-KJN
     SOLOMON,
12
                    Plaintiffs,                  **ORDER GRANTING DEFENDANTS**
13                                               **CAL-WESTERN RECONVEYANCE**
            vs.                                  **CORPORATION, LSI TITLE**
14                                               **COMPANY, AND MARCO**
     E-LOAN INC., MORTGAGE ELECTRONIC            **MARQUEZ'S REQUEST TO APPEAR**
15   REGISTRATION SYSTEMS, INC.,                 **TELEPHONICALLY**
     LENDERS FIRST CHOICE TRUSTEE 1,
16   WELLS FARGO BANK, N.A., WELLS
     FARGO HOME MORTGAGE, CAL-
17   WESTERN RECONVEYANCE                        **Hearing**:
     CORPORATION, LSI TITLE COMPANY,             Date:   March 3, 2011
18   MARCO MARQUEZ, JOHN KENNERTY,               Time:   10:00 a.m.
     DOES I-XX, Inclusive, et al.,               Crtm:   25
19                                               Judge:  Hon. Mag. Kendall J. Newman
                    Defendants.
20

21          Defendants Cal-Western Reconveyance Corporation, LSI Title Company, and Marco

22   Marquez (collectively, the "CWR Defendants") have requested permission to appear telephonically

23   at the combined hearing on defendant E-Loan, Inc. and defendants Wells Fargo Bank, N.A., John

24   Kennerty, and Mortgage Electronic Registration Systems, Inc.'s respective Motions to Dismiss for

25   Failure to State a Claim Upon Which Relief Can Be Granted set for March 3, 2011, at 10:00 a.m., in

26   Courtroom 25 of the above-captioned court. Having taken this request under consideration, and good

27   cause appearing therefor,

28   /./.

1    **IT IS HEREBY ORDERED** that the CWR Defendants' request to appear telephonically is

2  **GRANTED**.

3  DATED:  March 1, 2011

4

5  _____
   KENDALL J. NEWMAN
6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON REQUEST TO APPEAR TELEPHONICALLY